| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| DISTRICT OF NEW JERSEY |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  
Creative Clouds Inc.

**2. All other names debtor used in the last 8 years**  
Include any assumed names, trade names and *doing business as* names  
DBA  DEAR SHIPPERS  
DBA  NINEBOTS US

**3. Debtor's federal Employer Identification Number (EIN)**  
47-2237897

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 184 Livingston Avenue<br>9-308<br>Livingston, NJ 07039 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Essex<br>County | **Location of principal assets, if different from principal place of business**<br>20 Troy Road<br>Suite 5 Whippany, NJ 07981 |
| | Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  
http://creativecloudsinc.com/

**6. Type of debtor**  
■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  
☐ Partnership (excluding LLP)  
☐ Other. Specify: _____

Debtor **Creative Clouds Inc.**     Case number (*if known*) _____
    Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. Check **all** *that apply*:

    ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **Creative Clouds Inc.**      Case number (*if known*)
   Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | When | Case number, if known | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency
      Contact name
      Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49     ☐ 1,000-5,000     ☐ 25,001-50,000
☐ 50-99     ☐ 5001-10,000     ☐ 50,001-100,000
☐ 100-199     ☐ 10,001-25,000     ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion
■ $50,001 - $100,000     ☐ $10,000,001 - $50 million     ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000     ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million     ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000     ☐ $1,000,001 - $10 million     ☐ $500,000,001 - $1 billion

Debtor **Creative Clouds Inc.**  Case number (*if known*)
Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ■ $500,001 - $1 million
- ☐ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor **Creative Clouds Inc.**     Case number (*if known*)
Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **October 20, 2022**
                   MM / DD / YYYY

**X**   **/s/ Jun Jiang**                                     **Jun Jiang**
Signature of authorized representative of debtor       Printed name

Title    **CEO**

**18. Signature of attorney**

**X**   **/s/ Justin M. Gillman, Esq.**                Date **October 20, 2022**
Signature of attorney for debtor                         MM / DD / YYYY

**Justin M. Gillman, Esq.**
Printed name

**Gillman, Bruton & Capone, LLC**
Firm name

**770 Amboy Avenue**
**Edison, NJ 08837**
Number, Street, City, State & ZIP Code

Contact phone   **732-661-1664**      Email address   **ecf@gbclawgroup.com**

**038891997 NJ**
Bar number and State

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **Creative Clouds Inc.** | |
| United States Bankruptcy Court for the: | **DISTRICT OF NEW JERSEY** | ☐ Check if this is an |
| Case number (if known): | _____ | amended filing |

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders  12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AHL (HONGKONG) TRADING LIMITED RM 1005,10/F,HO KING COMMERCIAL CENTRE 2-16 FA YUEN STREET MONGKOK,KLN Hong Kong** | | **Trade debt** | | | | **$0.00** |
| **Computechsale LLC 20 Troy Rd, STE 1 Whippany, NJ 07981** | | **Trade debt** | | | | **$0.00** |
| **DSP TECHNOLOGY COMPANY LIMITED ROOM 803, CHEVALIER HOUSE, 45-51 CHATHAM TSIM SHA TSUI KOWLOON, HONG KONG** | | **Trade debt** | | | | **$0.00** |
| **Feng Li PO Box 656 East Hanover, NJ 07960** | | | **Disputed** | | | **$0.00** |
| **Jiangsu Yita New Material Technology Cor A5 Building, Innovation Park, Economic Development Zone Yixing, Jiangsu, China** | | **Trade debt** | | | | **$0.00** |

Official form 204  Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims  page 1

| Debtor | **Creative Clouds Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Philip R. Berwish, Esq.**<br>**Liu Chen & Hoffman, LLP**<br>**One Penn Plaza, Suite 3508**<br>**New York, NY 10119** | | **Professional services** | | | | **$0.00** |
| **Segway, Inc**<br>**14 Technology Drive**<br>**Bedford, NH 03110** | | | **Contingent Disputed** | | | **$325,660.00** |
| **Shenzhen Aiqu Cross-border E-commerce Co**<br>**1201A, Buiding No. 1**<br>**Zuoyueshijie Cente**<br>**Futian District**<br>**Shenzhen China** | | **Trade debt** | | | | **$0.00** |

AHL (HONGKONG) TRADING LIMITED
RM 1005,10/F,HO KING COMMERCIAL CENTRE
2-16 FA YUEN STREET
MONGKOK,KLN
Hong Kong


Computechsale LLC
20 Troy Rd, STE 1
Whippany, NJ 07981


Curcio Mirzaian Sirot, LLC
5 Becker Farm Road, Suite 406
Roseland, NJ 07068


DSP TECHNOLOGY COMPANY LIMITED
ROOM 803, CHEVALIER HOUSE, 45-51 CHATHAM
TSIM SHA TSUI
KOWLOON, HONG KONG


Feng Li
PO Box 656
East Hanover, NJ 07960


First Corporate Solutions
914 S. Street
Sacramento, CA 95811


Gordon Rees Scully Mansukhani, LLP
One Battery Park Plaza
28th Fl
New York, NY 10004


Jason Jiang
20 Troy Road
Whippany, NJ 07981


Jiangsu Yita New Material Technology Cor
A5 Building, Innovation Park,
Economic Development Zone
Yixing, Jiangsu, China


Jun Jiang
20 Troy Road
Whippany, NJ 07981

Philip R. Berwish, Esq.
Liu Chen & Hoffman, LLP
One Penn Plaza, Suite 3508
New York, NY 10119


Philip R. Berwish, Esq.
Liu Chen & Hoffman, LLP
One Penn Plaza, Suite 3508
New York, NY 10119


Segway, Inc
14 Technology Drive
Bedford, NH 03110


Shenzhen Aiqu Cross-border E-commerce Co
1201A, Buiding No. 1
Zuoyueshijie Cente
Futian District
Shenzhen China


U.S. Small Business Administration
2 North 20th Street, Suite 320
Birmingham, AL 35203


U.S. Small Businesss Administration
409 3rd Street
Washington, DC 20416

# United States Bankruptcy Court
## District of New Jersey

In re **Creative Clouds Inc.**

Debtor(s)

Case No.

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Creative Clouds Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 20, 2022**

Date

**/s/ Justin M. Gillman, Esq.**

**Justin M. Gillman, Esq.**

Signature of Attorney or Litigant

Counsel for **Creative Clouds Inc.**

**Gillman, Bruton & Capone, LLC**

**770 Amboy Avenue**
**Edison, NJ 08837**
**732-661-1664 Fax:732-661-1707**
**ecf@gbclawgroup.com**